UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ELLIOTT A. GIBSON, EVAN A. GIBSON, and EDWARD S. GIBSON, | |
|---|---|
| Plaintiffs, | Case No. C08-937MJP |
| v. | TAXATION OF COSTS |
| THE CITY OF KIRKLAND, a municipal corporation; KIRKLAND POLICE OFFICERS J. McMILLIAN and J. TROMBLEY, | |
| Defendants. | |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS , and on behalf of DEFENDANTS in the amount of $5,763.42 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. STATUTORY ATTORNEY'S FEE | $20.00 | 0 | $20.00 |
| II. COPY COSTS | $677.44 | $541.44 | $136.00 |

Costs associated with copying of materials for discovery or to support litigation are not taxable. Clerk allowed 20% of costs requested. This represents estimate of copying directly related to trial.

| III. DEPOSITION COSTS | $5,369.95 | $64.05 | $5,305.90 |
|---|---|---|---|

Clerk allowed costs for all depositions actually published at trial for witnesses that testified.

| IV. TRANSCRIPTS | $1,976.40 | $1,976.40 | 0 |
|---|---|---|---|

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|

Transcripts were not taxable since they were not actually used at trial.

| V. WITNESS FEES | $358.02 | $56.50 | $301.52 |

Costs incurred for witness that did not testify were not allowed.

Dated this ___7th___ day of DECEMBER, 2009 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2