UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
  CLERK

700 STEWART ST.
SEATTLE, WASHINGTON 98101

March 15, 2010

Clerk
U.S. Court of Appeals
95 7th Street
San Francisco, CA 94103

RE:    Civil Appeal
        <u>Elliott A Gibson et al vs. City of Kirkland et al</u>, 08-CV-937MJP

Under cover of this letter please find:

✔    Notice of Appeal

✔    Docket Fee Payment Notification

✔    Copy of Docket Entries

✔    Copy of Order(s) on Appeal

\*\*Court Reporters: Barry Fanning, Nichole Rhynard, and Nancy Bauer

    Transcript Designation and Ordering Form to be filed. See www.uscourts.gov for form . [To Appellant only. Under Circuit Rule 10-3.1(c) appellant required to file this form within thirty days of filing Notice of Appeal.] **Please note service requirements**.

                          BRUCE RIFKIN, Clerk of Court

                          By <u>s/Lynn Kandziora</u>
                              Appeals Clerk

cc:    All counsel of record [FRAP 3(d)]
        Enclosure(s)